## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

CRIMINAL NO. 3:19-CR-09

(CAPUTO, J.)
(MEHALCHICK, M.J.)

v.

Bruce Evans, Sr.,

Defendant

## PLEA

NOW, this **17th** day of **January 2019,** the within named Defendant <u>Bruce Evans,</u>

<u>Sr.,</u> having been arraigned in open Court, hereby pleads **NOT GUILTY** to within

Indictment.

FILED
SCRANTON

JAN 1 7 2019

PER _____

DEPUTY CLERK

_____

DEFENDANT