# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:19-CR-9 |
| | : | |
| BRUCE EVANS, SR. and | : | JUDGE A. RICHARD CAPUTO |
| BRUCE EVANS, JR. | : | |
| | : | ELECTRONICALLY FILED |

_____

## ENTRY OF APPEARANCE
_____

Kindly enter my appearance on behalf of Defendant Bruce Evans, Sr. in the above-captioned matter.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey
PA ID 50626
pcasey@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
Telephone: (570) 342-6100
Fax: (570) 342-6147

Date: January 22, 2019

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 22nd day of January, 2019:

>Michelle Olshefski
>US Attorney's Office
>P.O. Box 309
>235 North Washington Avenue
>Scranton, PA 18501
>
>Walter F. Casper, Jr.
>P.O. Box 513
>35 S. Church Street
>Carbondale, PA 18407

/s/ Patrick A. Casey