# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRUCE EVANS, SR. | ) | Case No. 3:19-CR-009 |
| *Defendant* | ) | |

RECEIVED USMS MIDDLE/PA
2019 JAN -9 PM 7:15

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRUCE EVANS, SR.,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

FAILURE TO OPERATE AND MAINTAIN IN VIOLATION
OF A CWA PERMIT; DISCHARGE IN VIOLATION OF A
CWA PERMIT; WIRE FRAUD

Date: Jan 9, 2019

*Christine Lavelle, Deputy Clerk*
*Issuing officer's signature*

City and state: SCRANTON, PA

CHRISTINE LAVELLE, DEPUTY CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/9/19, and the person was arrested on *(date)* 1/17/19
at *(city and state)* Scranton, PA.

Date: 1/17/19

*Arresting officer's signature*
DUSM

M. Little DUSM
*Printed name and title*

FILED SCRANTON FEB 01 2019 DEPUTY CLERK