IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CRIMINAL NO. 3:CR-19-009 |
| vs. : | |
| : | (JUDGE CAPUTO) |
| BRUCE EVANS, SR. and BRUCE : | |
| EVANS, JR., : | |
| : | |
| Defendants. : | |

## **ORDER**

Defendants move for an enlargement of time to file pretrial motions and briefs in this matter and recite as the basis therefor that additional time is needed for discovery review. The Court, for the reasons advanced by defendants, finds that the ends of justice served by the granting of the extension outweigh the best interest of the public and the defendant in a speedy trial. The Court further finds that failure to grant the motion would likely result in a miscarriage of justice.

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants' Motion for Extension of Pretrial Deadlines *(Doc. 28)* is **GRANTED**;

2. All pretrial motions and briefs shall be filed on or before **October 2, 2019**;

3. Deadlines related to Federal Rules of Criminal Procedure 7(f) and 12(b)(4)(B) are extended to **October 2, 2019.**

4. Jury Selection and Trial will be scheduled after the expiration of the motion deadline.

5. The delay occasioned by this Motion is excludable pursuant to 18 U.S.C. §3161(h)(7)(A), 18 U.S.C. §3161(h)(7)(B)(I) and 18 U.S.C. §3161(h)(7)(B)(ii) and (iv).

August 23, 2019  /s/ A. Richard Caputo
Date  A. Richard Caputo
United States District Judge