IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  3:19-CR-9 |
| | : | |
| BRUCE EVANS SR. and | : | JUDGE A. RICHARD CAPUTO |
| BRUCE EVANS JR. | : | |
| | : | ELECTRONICALLY FILED |

_____

**DEFENDANTS BRUCE EVANS SR. AND BRUCE EVANS JR.'S
REQUEST FOR EXPERT INFORMATION
PURSUANT TO RULE 16(a)(1)(F) AND (G)
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**
_____

Pursuant to Federal Rules of Criminal Procedure 16(a)(1)(F) and (G), Defendants Bruce Evans Sr. and Bruce Evans Jr., hereby respectfully request from the Government a written summary of the testimony which it intends to use in its case-in-chief at trial under Rules 702, 703 or 705 of the Federal Rules of Evidence. The summary provided pursuant to this request shall describe witnesses' opinions, the basis and reasons for those opinions, and the witnesses' qualifications.  The Government must permit Defendants to copy the results and reports of any

examination or scientific test or experiment.  The Government must provide the qualifications of any expert.

                                                                                      Respectfully submitted,

| | |
|---|---|
| | /s/ Patrick A. Casey |
| Myers, Brier & Kelly, LLP | Patrick A. Casey |
| 425 Spruce Street, Suite 200 | Attorney for Defendant, |
| Scranton, PA  18503 | Bruce Evans, Sr. |
| (570) 342-6100 | |
| | |
| | /s/ Walter F. Casper |
| 35 S. Church Street | Walter F. Casper |
| P.O. Box 513 | Attorney for Defendant, |
| Carbondale, PA  18407 | Bruce Evans, Jr. |

Date:  October 2, 2019

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Request for Expert Information Pursuant to Fed. R. Crim. P. 16(a)(1)(F) and (G) was served upon the following counsel of record via the Court's ECF system on this 2nd day of October, 2019:

>Michelle L. Olshefski, Esquire
>U.S. Attorney's Office
>P.O. Box 309
>235 North Washington Avenue
>Scranton, PA 18501
>
>Walter F. Casper, Jr., Esquire
>P.O. Box 513
>35 S. Church Street
>Carbondale, PA 18407

/s/ Patrick A. Casey