IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  3:19-CR-9 |
| | : | |
| BRUCE EVANS, SR. and | : | JUDGE MALACHY E. MANION |
| BRUCE EVANS, JR. | : | |
| | : | ELECTRONICALLY FILED |

**DEFENSE STATUS REPORT
OF FEBRUARY 8, 2021**

The Court's direction to the parties on June 11, 2020 was that it would consider and the previously filed motions and briefs as if they were filed under the Superseding Indictment.  Thus, the Court set a deadline for the filing of any additional items impacted by the Superseding Indictment.  The defense today files two new motions: (1) Defendant Bruce Evans, Sr.'s Motion to Dismiss Counts I-V and VII in the Superseding Indictment; and (2) Motion to Authorize Subpoena Duces Tecum to The Pennsylvania Department of Environmental Protection.  These two motions substitute the previously filed Motion to Dismiss

Counts 1 through 4 (Doc. 40) and Motion for Discovery to Authorize Subpoena Duces Tecum (Doc. 36).

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey
Attorney for Defendant,
Bruce Evans, Sr.

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date: February 8, 2021

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Defense Status Report of February 8, 2021 was served upon the following counsel of record via the Court's ECF system on this 8th day of February 2021.

>Michelle L. Olshefski
>US Attorney's Office
>P.O. Box 309
>235 North Washington Avenue
>Scranton, PA 18501
>
>Walter F. Casper, Jr.
>P.O. Box 513
>35 S. Church Street
>Carbondale, PA 18407

/s/ Patrick A. Casey