# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **3:19-CR-009** |
| | : | **(JUDGE MANNION)** |
| **BRUCE EVANS, SR., and,** | : | |
| **BRUCE EVANS, JR.,** | : | |
| **Defendants** | : | |

## ORDER

Based upon the joint motion filed in this matter, the trial in this matter is continued until **Monday, August 30, 2021 at 9:30 a.m.** in Courtroom #3 in Scranton. A Final Pretrial Conference will be held on **Tuesday, August 17, 2021 at 10:00 a.m**. in Courtroom #3 in Scranton.

The court finds that this continuance of time outweighs the best interests of the public and the defendants in a speedy trial, and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 14, 2021**
19-009-06

1