**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | | **3:19-CR-009** |
| | : | **(JUDGE MANNION)** |
| **BRUCE EVANS, SR., and,** | | |
| **BRUCE EVANS, JR.,** | : | |
| **Defendants** | : | |

## ORDER

Based upon the pending motions in this matter, the final pretrial conference and trial are continued. Jury Selection and trial scheduled for August 30, 2021 are **continued** until **Monday, October 18, 2021 at 9:30 a.m.** in Courtroom #3 in Scranton. The Final Pretrial Conference will be **continued** until **Thursday, September 28, 2021 at 1:30 p.m**. in Courtroom #3 in Scranton.

The court finds that this continuance of time outweighs the best interests of the public and the defendants in a speedy trial, and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A).


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 12, 2021**
19-009-07

1