### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **3:19-CR-009** |
| | : | **(JUDGE MANNION)** |
| **BRUCE EVANS, SR., and,** | | |
| **BRUCE EVANS, JR.,** | : | |
| **Defendants** | : | |

### ORDER

Per request of counsel, Jury selection and trial are continued until **Monday, November 15, 2021 at 9:30 a.m.** in Courtroom #3 of the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, Scranton, PA.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 27, 2021**
19-009-09