# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 3:19-CR-9 |
| BRUCE EVANS SR. and BRUCE EVANS JR., | : | JUDGE A. RICHARD CAPUTO |
| Defendants. | : | ELECTRONICALLY FILED |

## DECLARATION

I, Bruce Evans Sr. make this declaration that I have read and reviewed with my attorney, Patrick A. Casey, the Transcript of the Final Pretrial Conference Proceedings which occurred on September 28, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

*[signature]*
Bruce Evans, Sr.

Date: November 9, 2021