UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA     : | |
|                              : | Criminal No. 3-CR-19-09 |
| v.                           : | |
|                              : | (JUDGE MANNION) |
| BRUCE EVANS, SR. and         : | |
| BRUCE EVANS, JR.,            : | |
|                              : | |
| Defendants | |

# ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED:**

1. The defendant Bruce Evans, Sr.'s motion *in limine*, **(Doc. 121)**, to preclude three of the government's proposed experts, namely, Thomas Brown, Jeremy Miller and Ed Gillette, from being qualified as experts pursuant to Federal Rule of Evidence 702, is **GRANTED IN PART** and **DENIED IN PART**;

2. To the extent that Evans, Sr. seeks to preclude the three witnesses from testifying beyond the scope of the facts they learned from their personal knowledge and that they gained firsthand, his motion is **DENIED**. If the witnesses are qualified at trial as experts in wastewater treatment, they may testify in the form of an opinion based on their specialized knowledge and expertise.

3. To the extent Evans, Sr.'s motion seeks to preclude the government from asking Brown, Miller and Gillette any questions about either of the defendant's *mens rea*, his motion is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 12, 2021**
19-09-05-ORDER