UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:19-CR-09 |
| | : | |
| v. | : | |
| | : | (JUDGE MANNION) |
| | : | |
| BRUCE EVANS, SR. and | : | |
| BRUCE EVANS, JR., | : | |
| Defendants | : | |

## STIPULATIONS

NOW, the United States of America, Bruce Evans, Sr. and Bruce Evans, Jr., by and through their undersigned counsel, hereby agree and stipulate to the following:

1. Samples taken on April 24, 2013, June 10, 2015, and December 12, 2017, by employees of the Pennsylvania Department of Environmental Protection, were properly taken to and received by the Pennsylvania Department of Environmental Protection Central Laboratory in Harrisburg, PA for laboratory analysis.

2. The relevant analytical results for those samples are as follows: No. 3206068 (April 24, 2013) – 18 million Fecal Coliform colony forming units per 100 milliliters; No. 2387069 (June 10, 2015) -

230,000 Fecal Coliform colony forming units per gram dry weight; and No. 3206314 (December 12, 2017) – 161,000 Fecal Coliform colony forming units per 100 milliliters; 122 milligrams per liter of Total Suspended Solids (TSS); and170 milligrams per liter of Carbonaceous Biochemical Oxygen Demand 5 Day (CBOD5).

SO STIPULATED AND AGREED:

*For Defendant Bruce Evans, Sr.*

 /s/ Patrick A. Casey_____
PATRICK A. CASEY, Esquire

*For Defendant Bruce Evans, Jr.*

 /s/ Bernard J. Brown_____
BERNARD J. BROWN, Esquire

*For the United States of America*

 /s/ Michelle L. Olshefski _____
MICHELLE L. OLSHEFSKI
Assistant U.S. Attorney

/s/ W. Martin Harrell
W. MARTIN HARRELL
Special Assistant U.S. Attorney


 /s/ Patricia C. Miller
PATRICIA C. MILLER
Special Assistant U.S. Attorney


Date:     Dec. 10, 2021