## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**    :

     **v.**                 :        **CRIMINAL NO. 3:19-09**

**BRUCE EVANS, SR., and**      :       **(JUDGE MANNION)**
**BRUCE EVANS, JR.,**

                          :

        **Defendants**

# VERDICT FORM

**COURT EXHIBIT #1**

**WE, THE JURY, MAKE THE FOLLOWING UNANIMOUS FINDINGS**

**BEYOND A REASONABLE DOUBT:**


## COUNT 1:

### FAILURE TO OPERATE AND MAINTAIN IN VIOLATION OF CLEAN WATER ACT PERMIT 33 U.S.C. §1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a permit condition of the Greenfield Township Sewer Authority ("GTSA") NPDES Permit No. PA 0061671, that is, Part C, Special Condition Six, by failing to properly supervise, operate and maintain the GTSA wastewater treatment facility by intentionally pumping the contents of the chlorine contact tank, including solids and sewage sludge, onto the ground and into the grass, on or about April 24, 2013, as charged in Count 1 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _X_          Not Guilty _____

## COUNT 2

## FAILURE TO OPERATE AND MAINTAIN IN VIOLATION OF CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

permit condition of the Greenfield Township Sewer Authority ("GTSA")

NPDES Permit No. PA 0061671, that is, Part A, Section I.C.1., by

failing to supervise, operate and maintain the GTSA wastewater

treatment facility by allowing waste materials, that is, paper and/or

plastic, partially treated sewage and sewage solids, to accumulate,

resulting in the growth of Sphaerotilus natans below the outfall of the

wastewater treatment facility, in an unnamed tributary of Dundaff

Creek, and aiding and abetting, on or about October 17, 2017, as

charged in Count 2 of the Superseding Indictment, the jury

unanimously finds beyond a reasonable doubt the defendant, BRUCE

EVANS, SR.,

Guilty __✗__     Not Guilty _____

The jury unanimously finds beyond a reasonable doubt the defendant,

BRUCE EVANS, JR.,

Guilty __✗__     Not Guilty _____

## COUNT 3

## FAILURE TO OPERATE AND MAINTAIN IN VIOLATION OF CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a permit condition of the Greenfield Township Sewer Authority ("GTSA") NPDES Permit No. PA 0061671, that is, Part B, Section I.D.2., by failing to supervise, operate and maintain the GTSA wastewater treatment facility by allowing waste materials, that is, paper and/or plastic, partially treated sewage and sewage solids, to accumulate, resulting in the growth of Sphaerotilus natans below the outfall of the wastewater treatment facility, in an unnamed tributary, and aiding and abetting, on or about October 17, 2017, as charged in Count 3 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __✗__        Not Guilty _____

The jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, JR.,

Guilty __✗__        Not Guilty _____

## Count 4

## DISCHARGE IN VIOLATION OF CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

permit condition of the GTSA Permit No. PA 0061671, that is, Part A,

Section I, by discharging pollutants, that is, CBOD 5 and Total

Suspended Solids, in excess of the permit's numerical limits for those

pollutants, into an unnamed tributary of Dundaff Creek, and aiding and

abetting, on or about December 12, 2017, as charged in Count 4 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,

(as to pollutant, **CBOD 5**)

Guilty __X__          Not Guilty _____

The jury unanimously finds beyond a reasonable doubt the defendant,

BRUCE EVANS, JR.,

(as to pollutant, **CBOD 5**)

Guilty __X__          Not Guilty _____

## COUNT 4 (verdict continued)

### DISCHARGE IN VIOLATION OF CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

The jury unanimously finds beyond a reasonable doubt the defendant,

BRUCE EVANS, SR.

(as to pollutant, **Total Suspended Solids**)

Guilty ___X___          Not Guilty _____

The jury unanimously finds beyond a reasonable doubt the defendant,

BRUCE EVANS, JR.,

(as to pollutant, **Total Suspended Solids**)

Guilty ___X___          Not Guilty _____

## COUNT 5

## DISCHARGE IN VIOLATION OF CLEAN WATER ACT PERMIT
## 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

permit condition of the GTSA Permit No. PA 0061671, that is Part A,

Section I, by discharging fecal coliform in excess of the numerical limit

for fecal coliform into an unnamed tributary of Dundaff Creek, and

aiding and abetting, on or about December 12, 2017, as charged in

Count 5 of the Superseding Indictment, the jury unanimously finds

beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,


Guilty __✕__          Not Guilty _____


The jury unanimously finds beyond a reasonable doubt the defendant,

BRUCE EVANS, JR.,


Guilty __✕__          Not Guilty _____

## COUNT 6

### FALSE STATEMENTS IN VIOLATION OF 33 U.S.C. § 1319(C)(4)

On the charge of knowingly causing false material statements, representations and certifications made in applications, records, reports, plans and other documents filed and required to be maintained under the Clean Water Act and the regulations promulgated thereunder, on or about June 29, 2017, as charged in Count 6 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, JR.,

Guilty __✗__     Not Guilty _____

## COUNT 7

## FAILURE TO NOTIFY PADEP IN VIOLATION OF CLEAN WATER ACT PERMIT 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a permit condition of the GTSA NPDES Permit No. PA 0064106, that is, Part B, Section I.C.3 by failing to notify the Pennsylvania Department of Environmental Protection as soon as he was aware that the GTSA had submitted incorrect information in a NPDES permit application dated May 28, 2013 concerning the amount of "gray water" hauled to the GTSA wastewater plant for treatment and failed to provide the correct information in subsequent years, on or about June 8, 2015, as charged in Count 7 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __X__    Not Guilty _____

## COUNT 8

## BYPASSING TREATMENT SYSTEM IN VIOLATION OF CLEAN WATER ACT PERMIT
## 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. 0064106, that is, Part B., Section I.F.2., by bypassing the GTSA wastewater treatment facility in prohibited ways on June 1, 2015, as charged in Count 8 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __X__        Not Guilty _____

## COUNT 9

## BYPASSING TREATMENT SYSTEM IN VIOLATION OF
## CLEAN WATER ACT PERMIT
## 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. 0064106, that is, Part B.,

Section I.F.2., by bypassing the GTSA wastewater treatment facility in

prohibited ways on June 2, 2015, as charged in Count 9 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __X__          Not Guilty _____

## COUNT 10

### BYPASSING TREATMENT SYSTEM IN VIOLATION OF CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. 0064106, that is, Part B.,

Section I.F.2., by bypassing the GTSA wastewater treatment facility in

prohibited ways on June 3, 2015, as charged in Count 10 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty ___✕___          Not Guilty _____

## COUNT 11

### BYPASSING TREATMENT SYSTEM IN VIOLATION OF
### CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. 0064106, that is, Part B.,

Section I.F.2., by bypassing the GTSA wastewater treatment facility in

prohibited ways on June 5, 2015, as charged in Count 11 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____ X _____          Not Guilty _____

## COUNT 12

### BYPASSING TREATMENT SYSTEM IN VIOLATION OF
### CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. 0064106, that is, Part B.,

Section I.F.2., by bypassing the GTSA wastewater treatment facility in

prohibited ways on June 8, 2015, as charged in Count 12 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,


Guilty __✗__          Not Guilty _____

## COUNT 13

## BYPASSING TREATMENT SYSTEM IN VIOLATION OF CLEAN WATER ACT PERMIT
## 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. 0064106, that is, Part B.,

Section I.F.2., by bypassing the GTSA wastewater treatment facility in

prohibited ways on March 16, 2016, as charged in Count 13 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____          Not Guilty __✗___

## COUNT 14

### BYPASSING TREATMENT SYSTEM IN VIOLATION OF CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. 0064106, that is, Part B.,

Section I.F.2., by bypassing the GTSA wastewater treatment facility in

prohibited ways on November 28, 2016, as charged in Count 14 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____          Not Guilty __✕__

## COUNT 15

### BYPASSING TREATMENT SYSTEM IN VIOLATION OF CLEAN WATER ACT PERMIT
### 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. 0064106, that is, Part B.,

Section I.F.2., by bypassing the GTSA wastewater treatment facility in

prohibited ways on July 26, 2017, as charged in Count 15 of the

Superseding Indictment, the jury unanimously finds beyond a

reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____          Not Guilty __✕__

## COUNT 16

## FAILURE TO NOTIFY PADEP OF BYPASS IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A, Section III.C.3, by failing to notify the Pennsylvania Department of Environmental Protection of a bypass on or about June 1, 2015, as charged in Count 16 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty ____✗____          Not Guilty _____

## COUNT 17

## FAILURE TO NOTIFY PADEP OF BYPASS IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A, Section III.C.3, by failing to notify the Pennsylvania Department of Environmental Protection of a bypass on or about June 2, 2015, as charged in Count 17 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __✗__          Not Guilty _____

## COUNT 18

## FAILURE TO NOTIFY PADEP OF BYPASS IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A, Section III.C.3, by failing to notify the Pennsylvania Department of Environmental Protection of a bypass on or about June 3, 2015, as charged in Count 18 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty $\times$       Not Guilty _____

## COUNT 19

## FAILURE TO NOTIFY PADEP OF BYPASS IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A,

Section III.C.3, by failing to notify the Pennsylvania Department of

Environmental Protection of a bypass on or about June 5, 2015, as

charged in Count 19 of the Superseding Indictment, the jury

unanimously finds beyond a reasonable doubt the defendant, BRUCE

EVANS, SR.,

Guilty ⎯⨉⎯          Not Guilty _____

## COUNT 20

### FAILURE TO NOTIFY PADEP OF BYPASS IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a

condition of the GTSA NPDES Permit No. PA 0064106, Part A, Section

III.C.3, by failing to notify the Pennsylvania Department of

Environmental Protection of a bypass on or about June 8, 2015, as

charged in Count 20 of the Superseding Indictment, the jury

unanimously finds beyond a reasonable doubt the defendant, BRUCE

EVANS, SR.,

Guilty ___✕___          Not Guilty _____

## COUNT 21

## FAILURE TO NOTIFY PADEP OF BYPASS IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A, Section III.C.3, by failing to notify the Pennsylvania Department of Environmental Protection of a bypass on or about March 16, 2016, as charged in Count 21 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____✕_____          Not Guilty _____

## COUNT 22

## FAILURE TO NOTIFY PADEP OF BYPASS IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A, Section III.C.3, by failing to notify the Pennsylvania Department of Environmental Protection of a bypass on or about July 26, 2017, as charged in Count 22 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____X_____     Not Guilty _____

## COUNT 23

## FAILURE TO NOTIFY PADEP OF SANITARY SEWAGE OVERFLOW IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A, Section III.C.3, by failing to notify the Pennsylvania Department of Environmental Protection of a sanitary sewer overflow on or about November 28, 2016, as charged in Count 23 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty ___✕___     Not Guilty _____

## COUNT 24

## FAILURE TO NOTIFY PADEP OF SANITARY SEWAGE OVERFLOW IN VIOLATION OF 33 U.S.C. § 1319(C)(2)(A)

On the charge of knowingly violating and causing a violation of a condition of the GTSA NPDES Permit No. PA 0064106, that is, Part A, Section III.C.3, by failing to notify the Pennsylvania Department of Environmental Protection of a sanitary sewer overflow on or about July 26, 2017, as charged in Count 24 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty ___✕___          Not Guilty _____

## COUNT 25

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a material scheme to defraud the GTSA and to obtain money and property of the GTSA by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing a scheme and artifice to defraud, and attempting to do so, did knowingly cause to be transmitted via wire communications in interstate commerce the payment of a check on or about April 20, 2017, check # 8965, issued in the amount of $88.85 and payable to AT&T, as charged in Count 25 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____          Not Guilty __✗__

## COUNT 26

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a material scheme to defraud the GTSA and to obtain money and property of the GTSA by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing a scheme and artifice to defraud, and attempting to do so, did knowingly cause to be transmitted via wire communications in interstate commerce the payment of a check on or about June 15, 2017, check # 8996, issued in the amount of $90.85 and payable to AT&T, as charged in Count 26 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____    Not Guilty __✕__

## COUNT 27

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a material scheme to defraud the GTSA and to obtain money and property of the GTSA by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing a scheme and artifice to defraud, and attempting to do so, did knowingly cause to  be transmitted via wire communications in interstate commerce the payment of a check on or about April 12, 2017, check # 8963 issued in the amount of $310.40 and payable to Lapera Oil Co., as charged in Count 27 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____        Not Guilty __✕__

## COUNT 28

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a material scheme to defraud the GTSA and to obtain money and property of the GTSA by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing a scheme and artifice to defraud, and attempting to do so, did knowingly cause to be transmitted via wire communications in interstate commerce the payment of a check on or about May 16, 2017, check # 8981 issued in the amount of $356.25 and payable to Lapera Oil Co., as charged in Count 28 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty _____     Not Guilty _____

## COUNT 29

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a

material scheme to defraud the GTSA and to obtain money and

property of the GTSA by means of materially false and fraudulent

pretenses, representations and promises, for the purpose of executing a

scheme and artifice to defraud, and attempting to do so, did knowingly

cause to be transmitted via wire communications in interstate

commerce the payment of a check on or about February 11, 2017, check

# 8920 issued in the amount of $328.00 and payable to American

Express ending 9-02004, as charged in Count 29 of the Superseding

Indictment, the jury unanimously finds beyond a reasonable doubt the

defendant, BRUCE EVANS, SR.,


Guilty __✗__       Not Guilty _____

## COUNT 30

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a material scheme to defraud the GTSA and to obtain money and property of the GTSA by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing a scheme and artifice to defraud, and attempting to do so, did knowingly cause to be transmitted via wire communications in interstate commerce the payment of a check on or about May 16, 2017, check # 8976 issued in the amount of $247.01 and payable to American Express ending 9-02004, as charged in Count 30 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __✕__          Not Guilty _____

## COUNT 31

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a
material scheme to defraud the GTSA and to obtain money and
property of the GTSA by means of materially false and fraudulent
pretenses, representations and promises, for the purpose of executing a
scheme and artifice to defraud, and attempting to do so, did knowingly
cause to  be transmitted via wire communications in interstate
commerce the payment of a check on or about November 18, 2015, check
# 8673 issued in the amount of $639.72 and payable to George R.
Everett, as charged in Count 31 of the Superseding Indictment, the jury
unanimously finds beyond a reasonable doubt the defendant, BRUCE
EVANS, SR.,

Guilty __X__          Not Guilty _____

## COUNT 32

## WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 1343

On the charge of knowingly devising and intending to devise a material scheme to defraud the GTSA and to obtain money and property of the GTSA by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing a scheme and artifice to defraud, and attempting to do so, did knowingly cause to  be transmitted via wire communications in interstate commerce the payment of a check on or about January 14, 2016, check # 8696 issued in the amount of $354.01 and payable to George R. Everett, as charged in Count 32 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __✕__         Not Guilty _____

## COUNT 33

## OBSTRUCTION OF CORRESPONDENCE IN VIOLATION OF
## 18 U.S.C. § 1702

On the charge of knowingly secreting and obstructing delivery of a letter individually addressed to the Chair of the GTSA Board, individually sent certified mail to 111 Lakeview Avenue, Carbondale, Pennsylvania, which had been in a Post Office and an authorized depository for mail matter and in the custody of a mail carrier before it had been delivered to the Chair of the GTSA Board and confirmed receipt by the defendant on or about December 10, 2015, as charged in Count 33 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __X__          Not Guilty _____

## COUNT 34

## OBSTRUCTION OF CORRESPONDENCE IN VIOLATION OF 18 U.S.C. § 1702

On the charge of knowingly secreting and obstructing delivery of a letter individually addressed to the Vice-Chair of the GTSA Board, individually sent certified mail to 111 Lakeview Avenue, Carbondale, Pennsylvania, which had been in a Post Office and an authorized depository for mail matter and in the custody of a mail carrier before it had been delivered to the Vice-Chair of the GTSA Board and confirmed receipt by the defendant on or about December 10, 2015, as charged in Count 34 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __✗__     Not Guilty _____.

## COUNT 35

### OBSTRUCTION OF CORRESPONDENCE IN VIOLATION OF 18 U.S.C. § 1702

On the charge of knowingly secreting and obstructing delivery of a letter individually addressed to the Treasurer of the GTSA Board, individually sent certified mail to 111 Lakeview Avenue, Carbondale, Pennsylvania, which had been in a Post Office and an authorized depository for mail matter and in the custody of a mail carrier before it had been delivered to the Treasurer of the GTSA Board and confirmed receipt by the defendant on or about December 10, 2015, as charged in Count 35 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __✗__        Not Guilty _____

## COUNT 36

## OBSTRUCTION OF CORRESPONDENCE IN VIOLATION OF
### 18 U.S.C. § 1702

On the charge of knowingly secreting and obstructing delivery of a letter individually addressed to the Secretary of the GTSA Board, individually sent certified mail to 111 Lakeview Avenue, Carbondale, Pennsylvania, which had been in a Post Office and an authorized depository for mail matter and in the custody of a mail carrier before it had been delivered to the Secretary of the GTSA Board and confirmed receipt by the defendant on or about December 10, 2015, as charged in Count 36 of the Superseding Indictment, the jury unanimously finds beyond a reasonable doubt the defendant, BRUCE EVANS, SR.,

Guilty __X__         Not Guilty _____

The foregoing is the unanimous verdict of the jury in the above-captioned case of UNITED STATES OF AMERICA v. BRUCE EVANS, SR., and BRUCE EVANS, JR.

Date: _12/17/2021_____

_____
**JURY FOREPERSON**

**Please have the foreperson sign and date this verdict form, place it in the envelope provided, and inform the courtroom security officer that you have a verdict.**