UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:CR-19-09** |
| v. | : | **(JUDGE MANNION)** |
| **BRUCE EVANS, SR.** | : | |
| Defendant | : | |

## ORDER

On August 8, 2023, the court sentenced Bruce Evans Sr. to a term of twenty-four (24) months in federal prison for various violations under the Clean Water Act (CWA) §1319(c)(2)(A), wire fraud 18 U.S.C. §1343, and obstruction of correspondence 18 U.S.C. §1702. (Doc. 234) Due to unanswered questions concerning the proper amount of restitution, the court deferred that decision for 90 days pursuant to 18 USC §3664(d)(5) to allow both parties to brief their respective positions. Upon considering the parties' briefs, the judgment (Doc. 234) is amended to reflect restitution to the victim Greenfield Township Sewer Authority (GTSA) in the amount of $95,284.22 (representing $3,234.00 for the labor of George Everett, $678.00 for the educational, test taking, and hotel costs of Bruce Evans Jr., and $91,372.22

for the legal fees of the GTSA directly and proximately caused by Defendant's crimes).

During the term of imprisonment, restitution is payable every three months in an amount, after a telephone allowance, equal to 50 percent of the funds deposited into the Defendant's inmate trust fund account.

In the event the restitution is not paid in full prior to the commencement of supervised release, the defendant shall, as a condition of supervised release, satisfy the amount due in monthly installments of no less than $250, to commence 30 days after release from confinement.

                                                                                    _____
                                                                                    MALACHY E. MANNION
                                                                                    United States District Judge

**DATE: November 2, 2023**